Kathryn C. Larkin, Individually and as President of D. F. Larkin and Son, Inc., and D. F. Larkin and Son, Inc., Appellees, v. Kenneth G. Enright, Appellant.

Gen. No. 41,528.

Heard in second division, first district, this court at October term, 1940; opinion filed November 28, 1941. Milford H. Olds, for appellant; George L. Pilkington, for appellees. Opinion by JUSTICE FRIEND. ''Not to be published in full.''